AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA

        Plaintiff(s)   )
          )  **APPEARANCE**
          )
        vs.   )  CASE NUMBER  1:08-cv-00143-CKK

PEARSON PLC
PEARSON EDUCATION INC.,
REED ELSEVIER PLC,
REED ELSEVIER NV, AND
HARCOURT ASSESSMENT INC.,

        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Robert A. Lipstein  as counsel in this
        (Attorney's Name)

case for:  Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc.
        (Name of party or parties)

02/01/08
Date

_(signature)_
Signature

Robert A. Lipstein
Print Name

D.C. Bar # 253724
BAR IDENTIFICATION

1001 Pennsylvania Ave, NW
Address

Washington, D.C. 20004
City    State    Zip Code

(202) 624-2630
Phone Number