THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice<br>Antitrust Division, Networks and<br>Technology Enforcement Section<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br><br>      Plaintiff,<br><br>  v.<br><br>PEARSON PLC,<br>80 Strand<br>London WC2R ORL<br>England<br><br>PEARSON EDUCATION, INC.,<br>One Lake Street<br>Upper Saddle River, NJ 07458<br><br>REED ELSEVIER PLC,<br>1-3 The Strand<br>WC2N 5JR<br>London, England<br><br>REED ELSEVIER NV, and<br>Radarweg 29<br>1043 NX Amsterdam<br>The Netherlands<br><br>HARCOURT ASSESSMENT INC.,<br>14500 Bulverde Road<br>San Antonio, TX 78259<br><br>      Defendants. | Civil Action No.: 1:08-cv-00143 (CKK)<br>Filed: February 1, 2008 |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a) of the local rules of the United States District Court for the District of

Columbia, please enter the appearance of Jonathan M. Rich as a counsel of record for Defendants Pearson plc and Pearson Education, Inc. The current address, telephone number, and bar identification number for Jonathan M. Rich are listed below.

Dated: February 1, 2008

Respectfully submitted,

                        FOR DEFENDANTS
                        PEARSON PLC and PEARSON
                        EDUCATION, INC.:

                        /s/ Jonathan M. Rich
                        Jonathan M. Rich, Esq. (D.C. Bar# 447942)
                        Morgan, Lewis & Bockius, LLP
                        1111 Pennsylvania Avenue, NW
                        Washington, DC  20004
                        (202) 739-5433

                        Attorney for *Defendants* Pearson plc and
                        Pearson Education, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System for the the United States District Court for the District of Columbia and served by email on the below-identified attorneys:

Damon J. Kalt, Esq.
U.S. Department of Justice
Antitrust Division, Networks and Technology Enforcement Section
600 E Street, NW, Suite 9500
Washington, DC  20530

Attorney for *Plaintiff*


Robert A. Lipstein, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004

Attorney for *Defendants* Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc.:


  /s/ Jonathan M. Rich
Jonathan M. Rich, Esq. (D.C. Bar# 447942)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 739-5433

Attorney for *Defendants* Pearson plc and Pearson Education, Inc.