# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice<br>Antitrust Division, Networks and<br>Technology Enforcement Section<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br><br>     Plaintiff,<br><br>  v.<br><br>PEARSON PLC,<br>80 Strand<br>London WC2R ORL<br>England<br><br>PEARSON EDUCATION, INC.,<br>One Lake Street<br>Upper Saddle River, NJ 07458<br><br>REED ELSEVIER PLC,<br>1-3 The Strand<br>WC2N 5JR<br>London, England<br><br>REED ELSEVIER NV, and<br>Radarweg 29<br>1043 NX Amsterdam<br>The Netherlands<br><br>HARCOURT ASSESSMENT INC.,<br>14500 Bulverde Road<br>San Antonio, TX 78259<br><br>     Defendants. | Civil Action No.: 1:08-cv-00143 (CKK)<br>Filed: February 1, 2008 |

**DEFENDANT PEARSON'S DISCLOSURE STATEMENT UNDER LCvR 7.1**

Certificate required by LCvR 7.1 of the local tules of the United States District Court

for the District of Columbia:

I, the undersigned, counsel of record for Pearson plc and Pearson Education, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Pearson plc and Pearson Education, Inc., which have any outstanding securities in the hands of the public.

    Pearson plc (parent of Pearson Education, Inc.)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Pearson plc and Pearson Education, Inc.

Dated: February 1, 2008

Respectfully submitted,

        FOR DEFENDANTS PEARSON PLC and PEARSON EDUCATION, INC.:

        /s/ Jonathan M. Rich
        Jonathan M. Rich, Esq. (D.C. Bar# 447942)
        Morgan, Lewis & Bockius, LLP
        1111 Pennsylvania Avenue, NW
        Washington, DC  20004
        (202) 739-5433

        Attorney for *Defendants* Pearson plc and Pearson Education, Inc.

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 1, 2008 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System for the the United States District Court for the District of Columbia and served by email on the below-identified attorneys:

Damon J. Kalt, Esq.
U.S. Department of Justice
Antitrust Division, Networks and Technology Enforcement Section
600 E Street, NW, Suite 9500
Washington, DC  20530

Attorney for *Plaintiff*


Robert A. Lipstein, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004

Attorney for *Defendants* Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc.:


  /s/ Jonathan M. Rich
Jonathan M. Rich, Esq. (D.C. Bar# 447942)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 739-5433

Attorney for *Defendants* Pearson plc and Pearson Education, Inc.