## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice<br>Antitrust Division, Networks and<br>Technology Enforcement Section<br>600 E Street, NW, Suite 9500<br>Washington, DC 20530<br><br>        Plaintiff,<br><br>    v.<br><br>PEARSON PLC,<br>80 Strand<br>London WC2R ORL<br>England<br><br>PEARSON EDUCATION, INC.,<br>One Lake Street<br>Upper Saddle River, NJ 07458<br><br>REED ELSEVIER PLC,<br>1-3 The Strand<br>WC2N 5JR<br>London, England<br><br>REED ELSEVIER NV, and<br>Radarweg 29<br>1043 NX Amsterdam<br>The Netherlands<br><br>HARCOURT ASSESSMENT INC.,<br>14500 Bulverde Road<br>San Antonio, TX 78259<br><br>        Defendants. | Civil Action No.: 1:08-cv-00143 (CKK)<br>Filed: February 1, 2008 |

## DEFENDANTS' DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS
## CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g),

Defendants Pearson plc and Pearson Education, Inc. (collectively "Pearson"), by its attorneys, submit the following description of all written or oral communications by or on behalf of the Pearson Defendants with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on January 24, 2008.  In accordance with Section 2(g), the description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).  Description:

(a) On June 5, 2007, Douglas Kubach, President and CEO of Pearson Educational Testing, a division of Pearson Education, Inc., accompanied Harry T. Robins, partner of Morgan, Lewis & Bockius LLP, and other counsel for Pearson and counsel for Defendants Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc., met with Department of Justice Staff. The meeting concerned an overview of the proposed acquisition and competitive aspects of the transaction.  Mr. Kubach made a written presentation and answered questions of the Department of Justice staff.

(b) On August 9, 2007, Carol Watson, EVP and Publisher, Pearson Assessments, accompanied Harry T. Robins, partner of Morgan, Lewis & Bockius LLP, and other counsel for Pearson and counsel for Defendants Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc., met with Department of Justice Staff.  The meeting concerned competitive aspects of the transaction relating to the clinical testing business.  Ms. Watson answered questions of the Department of Justice staff.

Pearson intend to certify compliance with 15 U.S.C. § 16(g) prior to entry of any consent judgment pursuant to the antitrust laws

Dated: February 1, 2008

Respectfully submitted,

                                    FOR DEFENDANTS
                                    PEARSON PLC and PEARSON
                                    EDUCATION INC.:


                                      /s/ Jonathan M. Rich
                                    Jonathan M. Rich, Esq. (D.C. Bar# 447942)
                                    Morgan, Lewis & Bockius, LLP
                                    1111 Pennsylvania Avenue, NW
                                    Washington, DC  20004
                                    (202) 739-5433

                                    Attorney for *Defendants* Pearson plc and
                                    Pearson Education, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System for the the United States District Court for the District of Columbia and served by email on the below-identified attorneys:

> Damon J. Kalt, Esq.
> U.S. Department of Justice
> Antitrust Division, Networks and Technology
> Enforcement Section
> 600 E Street, NW, Suite 9500
> Washington, DC  20530
>
> Attorney for *Plaintiff*

> Robert A. Lipstein, Esq.
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, NW
> Washington, D.C. 20004
>
> Attorney for *Defendants* Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc.:

>   /s/ Jonathan M. Rich
> Jonathan M. Rich, Esq. (D.C. Bar# 447942)
> Morgan, Lewis & Bockius, LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC  20004
> (202) 739-5433
>
> Attorney for *Defendants* Pearson plc and Pearson Education, Inc.