IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       *Plaintiff*,

v.

PEARSON PLC,
PEARSON EDUCATION INC.,
REED ELSEVIER PLC,
REED ELSEVIER NV, and
HARCOURT ASSESSMENT INC.,

       *Defendants*.

Case No. 1:08-cv-00143-CKK

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc. (collectively Reed Elsevier), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Reed Elsevier which have any outstanding securities in the hands of the public:

    Reed Elsevier PLC
    Reed Elsevier NV

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ Robert A. Lipstein
Robert A. Lipstein
D.C. Bar #253724
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, D.C. 20004
*Attorney for Defendants Reed Elsevier PLC; Reed Elsevier NV and Harcourt Assessment, Inc.*

Dated: February 1, 2008