IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>PEARSON PLC,<br>PEARSON EDUCATION INC.,<br>REED ELSEVIER PLC,<br>REED ELSEVIER NV, and<br>HARCOURT ASSESSMENT INC.,<br><br>*Defendants.* | Case No. 1:08-cv-00143-CKK |

### REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF DEFENDANTS REED ELSEVIER PLC, REED ELSEVIER NV, AND HARCOURT ASSESSMENT INC.

Pursuant to 15 U.S.C. § 16(g) (the Tunney Act), defendants Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc. (collectively Reed Elsevier), by its attorneys, submit the following description and certification of all written or oral communications by or on behalf of Reed Elsevier with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on January 24, 2008. In accordance with Section 16(g), this description excludes any communications by outside counsel alone with employees of the Department of Justice alone.

1. On September 6, 2007, Ms. Susan Middleton, Sr. Director, Strategy & Business Development, Harcourt Assessment Inc., and Mr. David Shafer, Product Line Manager, Harcourt Assessment Inc., met with Mr. Damon J. Kalt, Mr. Sanford M. Adler, and Mr. John C. Filippini, along with other employees of the U.S. Department of Justice Antitrust Division Networks and Technology Enforcement Section, to discuss the Emotional Assessment System, one of the divestiture assets.

2. On October 29, 2007, Mr. Aurelio Prifitera, President-Clinical, Harcourt Assessment Inc., met with Mr. Kalt, Mr. Adler, and Mr. Filippini, along with other employees of the U.S. Department of Justice Antitrust Division Networks and Technology Enforcement Section, regarding the divestiture assets, specifically the Emotional Assessment System and the Adaptive Behavior Assessment System.

Defendant Reed Elsevier hereby certifies that this description of communications by or on behalf of Reed Elsevier is true and correct and includes all of the communications about which Reed Elsevier knows or should have known, and that with this filing, Reed Elsevier has satisfied the requirements of Section 16(g).

Respectfully submitted,

_____
Robert A. Lipstein
D.C. Bar #253724
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, D.C. 20004
*Attorney for Defendants Reed Elsevier PLC; Reed Elsevier NV and Harcourt Assessment, Inc.*

Dated: February 1, 2008

## CERTIFICATE OF SERVICE

I, Robert A. Lipstein, hereby certify that, on February 1, 2008, I caused a copy of the foregoing Report and Certification of Compliance with Tunney Act Requirements on Behalf of Defendants Reed Elsevier PLC, Reed Elsevier NV, and Harcourt Assessment Inc., to be served by first-class mail on the following:

> Damon J. Kalt, Esq.
> U.S. Department of Justice
> Antitrust Division
> Networks and Technology Enforcement Section
> 600 E. St., N.W., Suite 9500
> Washington, D.C. 20530
>
> Harry T. Robins, Esq.
> Morgan Lewis & Bockius, LLP
> 101 Park Avenue
> New York, New York 10178

_____
Robert A. Lipstein